| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Terry Tucker Esq-TT8409<br>80 W Broad St<br>Bridgeton, NJ 08302<br>On Behalf of Debtor | **Order Filed on January 31, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re: Christiane Crespo | Case No.: 23-10019/JNP<br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: |

## Order Extending Automatic Stay

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

DATED: January 31, 2023

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Christiane Crespo
Case No: 23-10019/JNP
Caption of Order: Extending Automatic Stay

---

Upon the Motion of Terry Tucker, on behalf of Debtor Christiane Crespo, and for good case shown;

IT IS ORDERED AND ADJUDGED THAT:

The Automatic Stay be and is extended through to discharge, or, further oder of the Court.