UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
Terry Tucker Esq-TT8409
80 W Broad St
Bridgeton, NJ 08302
On Behalf of Debtor

In Re: Christiane Crespo

**Order Filed on January 31, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 23-10019/JNP
Adv. No.:
Hearing Date:
Judge:

## Order Extending Automatic Stay

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: January 31, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Christiane Crespo
Case No: 23-10019/JNP
Caption of Order: Extending Automatic Stay

---

Upon the Motion of Terry Tucker, on behalf of Debtor Christiane Crespo, and for good case shown;

IT IS ORDERED AND ADJUDGED THAT:

The Automatic Stay be and is extended through to discharge, or, further oder of the Court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 23-10019-JNP
Christiane Pearl Crespo                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin              Page 1 of 1
Date Rcvd: Feb 01, 2023        Form ID: pdf903        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Christiane Pearl Crespo, 5492 Snyder Ave, Millville, NJ 08332-1741 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2023           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Terry Tucker | on behalf of Debtor Christiane Pearl Crespo terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4