Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−10019−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Christiane Pearl Crespo
  fka Christiane Pearl Rowe, fka Christiane
  Pearl Sampson
  5492 Snyder Ave
  Millville, NJ 08332

Social Security No.:
  xxx−xx−3148

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 20, 2023.

Dated: July 20, 2023
JAN: jpl

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Christiane Pearl Crespo  
    Debtor

Case No. 23-10019-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Jul 20, 2023      Form ID: plncf13      Total Noticed: 77

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christiane Pearl Crespo, 5492 Snyder Ave, Millville, NJ 08332-1741 |
| 519803544 | + | American Express National Bank c/o Becket and, PO Box 3001, Malvern, PA 19355-0701 |
| 519803549 | + | Bank of America N.A. c/o Kevin McDonald, Esq., 216 Haddon Ave., Suite 406, Collingswood, NJ 08108-2812 |
| 519803550 | + | Bank of America, N.A. c/o Frederick DiSpigna,, 100 West Cypress Creek Rd., Suite 1045, Fort Lauderdale, FL 33309-2191 |
| 519803551 | + | Bank of America, N.A. c/o Weinstein & Riley P, 11 Broadway, Suite 615, New York, NJ 10004-1490 |
| 519803552 | | Bank of American, 4909 Saunrese Circle, Tampa, FL 33634 |
| 519803554 | + | Barretta, 1784 Pine Ave., Vineland, NJ 08360-3443 |
| 519803562 | + | City of Millville MC, 18 S High Street, Millville, NJ 08332-4244 |
| 519803563 | + | City of Vineland c/o Jeffrey Medio, Esq., 717 E. Elmer St., Suite 7, Vineland, NJ 08360-4758 |
| 519803565 | + | Comcast, 350 East Devon Ave., Itasca, IL 60143-1249 |
| 519803569 | | Credit Acceptance Corp., 25505 West Mile Rd., Southfield, MI 48034 |
| 519803577 | + | Hayt, Hayt, & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 519803578 | + | IPSY, 11 N. Elsworth Ave., Suite A, San Mateo, CA 94401-2819 |
| 519803583 | | Midland Funding, LLC, 1112 7th Ave., Warren, MI 48090 |
| 519803586 | | Montgomery Ward, 1112 7th ave., Mineral Point, WI 53565 |
| 519803541 | + | PO Box 5070, Southfield, MI 48086-5070 |
| 519803594 | + | State of New Jersey, Division of Taxation, 50 Barrack Street,, Trenton, NJ 08646-0001 |
| 519910496 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519803595 | + | Synchrony Bank, 2001 Western Ave., Suite 400, Seattle, WA 98121-3132 |
| 519803600 | + | Westgate, 10000 Turkey Lake Rd., Orlando, FL 32819-8007 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 20 2023 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 20 2023 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519803542 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 20 2023 21:16:00 | Ally, PO Box 380903, Minneapolis, MN 55438-0903 |
| 519803543 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 20 2023 21:16:00 | Ally Capital, PO Box 130424, Saint Paul, MN 55113-0004 |
| 519805340 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 20 2023 21:54:11 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519847740 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 20 2023 22:16:42 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

Case 23-10019-JNP    Doc 32    Filed 07/22/23    Entered 07/23/23 00:17:24    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 20, 2023 | Form ID: plncf13 | Total Noticed: 77 |

| | | | |
|---|---|---|---|
| 519828848 | Email/PDF: bncnotices@becket-lee.com | Jul 20 2023 21:54:34 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519805986 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2023 21:35:34 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519857197 | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 20 2023 21:15:00 | BANK OF AMERICA, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 519803547 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jul 20 2023 21:15:00 | Bank of America, PO Box 15019, Wilmington, DE 19850-5019 |
| 519803546 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jul 20 2023 21:15:00 | Bank of America, 4909 Savarese Circle Floor #1, Tampa, FL 33634-2413 |
| 519803545 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jul 20 2023 21:15:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 519803548 | + Email/Text: mortgagebkcorrespondence@bofa.com | Jul 20 2023 21:17:00 | Bank of America N.A., PO Box 982284, El Paso, TX 79998-2284 |
| 519815984 | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 20 2023 21:15:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519803553 | + Email/Text: BarclaysBankDelaware@tsico.com | Jul 20 2023 21:17:00 | Barclay Card, PO Box 8802, Wilmington, DE 19899-8802 |
| 519803555 | + Email/PDF: gecsedi@recoverycorp.com | Jul 20 2023 21:34:43 | Bill Me Later, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 519803556 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2023 21:54:13 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519803557 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2023 21:54:34 | Capital One Bank (USA), PO Box 71083, Charlotte, NC 28272-1083 |
| 519809258 | + Email/PDF: ebn_ais@aisinfo.com | Jul 20 2023 21:54:11 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519803558 | + Email/PDF: gecsedi@recoverycorp.com | Jul 20 2023 21:34:40 | Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 519803559 | + Email/Text: BarclaysBankDelaware@tsico.com | Jul 20 2023 21:17:00 | Carnival Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 519803561 | + Email/Text: enotifications@santanderconsumerusa.com | Jul 20 2023 21:18:00 | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 519803560 | + Email/Text: enotifications@santanderconsumerusa.com | Jul 20 2023 21:18:00 | Chrysler capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 519803564 | + Email/Text: mediamanagers@clientservices.com | Jul 20 2023 21:16:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 519803567 | + Email/Text: bnc-quantum@quantum3group.com | Jul 20 2023 21:17:00 | Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519803566 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 20 2023 21:17:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 519803568 | + Email/Text: ebnnotifications@creditacceptance.com | Jul 20 2023 21:16:00 | Credit Acceptance, PO Box 5070, Southfield, MI 48086-5070 |
| 519803570 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 20 2023 21:34:40 | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 519803571 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 20 2023 21:17:00 | Department of the Treasury internal Revenue, PO Box 9012, Holtsville, NY 11742-9012 |
| 519803572 | + Email/Text: mrdiscen@discover.com | Jul 20 2023 21:16:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 519803573 | + Email/Text: mrdiscen@discover.com | Jul 20 2023 21:16:00 | Discover Bank, PO Box 3025, New Albany, OH |

Case 23-10019-JNP   Doc 32   Filed 07/22/23   Entered 07/23/23 00:17:24   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 20, 2023 | Form ID: plncf13 | Total Noticed: 77 |

| | | | | |
|---|---|---|---|---|
| | | | | 43054-3025 |
| 519803574 | + | Email/Text: bankruptcynotices@dcicollect.com | Jul 20 2023 21:18:00 | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 519803575 | + | Email/Text: bknotice@ercbpo.com | Jul 20 2023 21:18:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 519803576 | + | Email/Text: crdept@na.firstsource.com | Jul 20 2023 21:18:00 | First Source Advantage, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519860247 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 20 2023 21:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519803581 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 20 2023 21:17:00 | Juniper Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 519836151 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2023 21:36:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519803582 | + | Email/Text: bankruptcy@sccompanies.com | Jul 20 2023 21:15:00 | Masseys, PO Box 2822, Monroe, WI 53566-8022 |
| 519803584 | + | Email/Text: bankruptcy@sccompanies.com | Jul 20 2023 21:18:00 | Monroe, 1112 7th Ave., Monroe, WI 53566-1364 |
| 519803585 | + | Email/Text: bankruptcy@sccompanies.com | Jul 20 2023 21:18:00 | Monroe & Main, PO Box 800849, Dallas, TX 75380-0849 |
| 519813085 | + | Email/Text: bankruptcy@sccompanies.com | Jul 20 2023 21:18:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519803587 | + | Email/Text: NCI_bankonotify@ncirm.com | Jul 20 2023 21:16:00 | Nationwide Credit Inc., PO Box 14581, Des Moines, IA 50306-3581 |
| 519803590 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2023 22:17:20 | Portfolio Recovery Assoc., PO Box 41067, Norfolk, VA 23541 |
| 519827828 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2023 21:53:52 | Portfolio Recovery Associates, LLC, c/o AMAZON.COM, POB 41067, Norfolk, VA 23541 |
| 519827794 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2023 21:35:31 | Portfolio Recovery Associates, LLC, c/o CARNIVAL, POB 41067, Norfolk, VA 23541 |
| 519827791 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2023 21:34:42 | Portfolio Recovery Associates, LLC, c/o JUNIPER, POB 41067, Norfolk, VA 23541 |
| 519827790 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2023 21:53:52 | Portfolio Recovery Associates, LLC, c/o WOMAN WITHIN, POB 41067, Norfolk, VA 23541 |
| 519803588 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2023 21:35:26 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 519803589 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2023 22:47:32 | PayPal Credit, PO Box 960006, Orlando, FL 32896-0006 |
| 519808301 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 20 2023 21:18:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519803593 | + | Email/PDF: clerical@simmassociates.com | Jul 20 2023 21:36:16 | Simm Associates Inc., PO Box 7526, Newark, DE 19714-7526 |
| 519803596 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2023 21:36:14 | Synchrony Bank, PO Box 965064, Orlando, FL 32896-5064 |
| 519803631 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2023 21:34:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519803597 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2023 21:36:12 | Synchrony Bank c/o PRA Receivables Management, PO Box 41021, Norfolk, VA 23541-1021 |
| 519803598 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 20 2023 21:54:55 | Wells Fargo Bank N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 519803599 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |

|  |  |  | Jul 20 2023 21:54:50 | Wells Fargo Financial National Bank, PO Box 71118, Charlotte, NC 28272-1118 |
| --- | --- | --- | --- | --- |
| 519803601 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 20 2023 21:17:00 | Woman Within, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 57

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 519837857 | *+ | Credit Acceptance, PO Box 5070, Southfield, MI 48086-5070 |
| 519803579 | *+ | IRS, P O Box 7346, Philadelphia, PA 19101-7346 |
| 519803580 | *+ | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519803591 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Assoc. LLC, PO Box 41067, Norfolk, VA 23541 |
| 519803592 | ##+ | Scentbird, 158 W 27th St., 11th Floor, New York, NY 10001-6216 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Terry Tucker | on behalf of Debtor Christiane Pearl Crespo terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4