Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−10019−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Christiane Pearl Crespo
fka Christiane Pearl Rowe, fka Christiane
Pearl Sampson
5492 Snyder Ave
Millville, NJ 08332

Social Security No.:
xxx−xx−3148

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/20/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 20, 2026
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 23-10019-JNP

Christiane Pearl Crespo                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Mar 20, 2026 | Form ID: 148 | Total Noticed: 78 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christiane Pearl Crespo, 5492 Snyder Ave, Millville, NJ 08332-1741 |
| 519803544 | + | American Express National Bank c/o Becket and, PO Box 3001, Malvern, PA 19355-0701 |
| 519803549 | + | Bank of America N.A. c/o Kevin McDonald, Esq., 216 Haddon Ave., Suite 406, Collingswood, NJ 08108-2812 |
| 519803550 | + | Bank of America, N.A. c/o Frederick DiSpigna,, 100 West Cypress Creek Rd., Suite 1045, Fort Lauderdale, FL 33309-2191 |
| 519803551 | + | Bank of America, N.A. c/o Weinstein & Riley P, 11 Broadway, Suite 615, New York, NJ 10004-1490 |
| 519803552 | | Bank of American, 4909 Saunrese Circle, Tampa, FL 33634 |
| 519803554 | + | Barretta, 1784 Pine Ave., Vineland, NJ 08360-3443 |
| 519803562 | + | City of Millville MC, 18 S High Street, Millville, NJ 08332-4244 |
| 519803563 | + | City of Vineland c/o Jeffrey Medio, Esq., 717 E. Elmer St., Suite 7, Vineland, NJ 08360-4758 |
| 519803565 | + | Comcast, 350 East Devon Ave., Itasca, IL 60143-1249 |
| 519803569 | | Credit Acceptance Corp., 25505 West Mile Rd., Southfield, MI 48034 |
| 519803574 | + | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 519803578 | + | IPSY, 11 N. Elsworth Ave., Suite A, San Mateo, CA 94401-2819 |
| 519803583 | | Midland Funding, LLC, 1112 7th Ave., Warren, MI 48090 |
| 519803586 | | Montgomery Ward, 1112 7th ave., Mineral Point, WI 53565 |
| 519803587 | + | Nationwide Credit Inc., PO Box 14581, Des Moines, IA 50306-3581 |
| 519803541 | + | PO Box 5070, Southfield, MI 48086-5070 |
| 519803592 | + | Scentbird, 158 W 27th St., 11th Floor, New York, NY 10001-6216 |
| 519803595 | + | Synchrony Bank, 2001 Western Ave., Suite 400, Seattle, WA 98121-3132 |
| 519803600 | + | Westgate, 10000 Turkey Lake Rd., Orlando, FL 32819-8007 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecf@powerskirn.com | Mar 20 2026 21:48:00 | William M.E. Powers, III, Powers Kirn, LLC, 308 Harper Drive, Suite 210, Moorestown, NJ 08057-3245 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 20 2026 21:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 20 2026 21:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519803542 | + | EDI: GMACFS.COM | Mar 21 2026 01:18:00 | Ally, PO Box 380903, Minneapolis, MN 55438-0903 |
| 519803543 | + | EDI: GMACFS.COM | Mar 21 2026 01:18:00 | Ally Capital, PO Box 130424, Saint Paul, MN 55113-0004 |
| 519805340 | + | EDI: AISACG.COM | Mar 21 2026 01:18:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N |

District/off: 0312-1                          User: admin                                          Page 2 of 5

Date Rcvd: Mar 20, 2026                       Form ID: 148                                         Total Noticed: 78

|  |  |  |  |
|---|---|---|---|
|  |  |  | Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519847740 | + EDI: AISACG.COM |  |  |
|  |  | Mar 21 2026 01:18:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519828848 | Email/PDF: bncnotices@becket-lee.com |  |  |
|  |  | Mar 20 2026 21:50:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519805986 | Email/PDF: resurgentbknotifications@resurgent.com |  |  |
|  |  | Mar 20 2026 21:50:14 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519857197 | EDI: BANKAMER |  |  |
|  |  | Mar 21 2026 01:18:00 | BANK OF AMERICA, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 519803547 | + EDI: BANKAMER |  |  |
|  |  | Mar 21 2026 01:18:00 | Bank of America, PO Box 15019, Wilmington, DE 19850-5019 |
| 519803546 | + EDI: BANKAMER |  |  |
|  |  | Mar 21 2026 01:18:00 | Bank of America, 4909 Savarese Circle Floor #1, Tampa, FL 33634-2413 |
| 519803545 | + EDI: BANKAMER |  |  |
|  |  | Mar 21 2026 01:18:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 519803548 | + EDI: BANKAMER2 |  |  |
|  |  | Mar 21 2026 01:18:00 | Bank of America N.A., PO Box 982284, El Paso, TX 79998-2284 |
| 519815984 | EDI: BANKAMER |  |  |
|  |  | Mar 21 2026 01:18:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519803553 | + EDI: TSYS2 |  |  |
|  |  | Mar 21 2026 01:18:00 | Barclay Card, PO Box 8802, Wilmington, DE 19899-8802 |
| 519803555 | + EDI: SYNC |  |  |
|  |  | Mar 21 2026 01:18:00 | Bill Me Later, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 519803556 | + EDI: CAPITALONE.COM |  |  |
|  |  | Mar 21 2026 01:18:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519803557 | + EDI: CAPITALONE.COM |  |  |
|  |  | Mar 21 2026 01:18:00 | Capital One Bank (USA), PO Box 71083, Charlotte, NC 28272-1083 |
| 519809258 | + EDI: AIS.COM |  |  |
|  |  | Mar 21 2026 01:18:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519803558 | + EDI: SYNC |  |  |
|  |  | Mar 21 2026 01:18:00 | Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 519803559 | + EDI: TSYS2 |  |  |
|  |  | Mar 21 2026 01:18:00 | Carnival Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 519803561 | + Email/Text: enotifications@santanderconsumerusa.com |  |  |
|  |  | Mar 20 2026 21:48:00 | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 519803560 | + Email/Text: enotifications@santanderconsumerusa.com |  |  |
|  |  | Mar 20 2026 21:48:00 | Chrysler capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 519803564 | + Email/Text: mediamanagers@clientservices.com |  |  |
|  |  | Mar 20 2026 21:46:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 519803567 | + EDI: Q3G.COM |  |  |
|  |  | Mar 21 2026 01:18:00 | Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519803566 | + EDI: WFNNB.COM |  |  |
|  |  | Mar 21 2026 01:18:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 519803568 | + Email/Text: ebnnotifications@creditacceptance.com |  |  |
|  |  | Mar 20 2026 21:46:00 | Credit Acceptance, PO Box 5070, Southfield, MI 48086-5070 |
| 519803570 | + Email/PDF: creditonebknotifications@resurgent.com |  |  |
|  |  | Mar 20 2026 21:50:11 | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 519803571 | + EDI: IRS.COM |  |  |
|  |  | Mar 21 2026 01:18:00 | Department of the Treasury internal Revenue, PO |

District/off: 0312-1                     User: admin                                    Page 3 of 5

Date Rcvd: Mar 20, 2026                  Form ID: 148                                   Total Noticed: 78

|  |  |  |  |
|---|---|---|---|
|  |  |  | Box 9012, Holtsville, NY 11742-9012 |
| 519803572 | + EDI: DISCOVER | Mar 21 2026 01:18:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 519803573 | + EDI: DISCOVER | Mar 21 2026 01:18:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 519803576 | + Email/Text: crdept@na.firstsource.com | Mar 20 2026 21:48:00 | First Source Advantage, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519803577 | ^ MEBN | Mar 20 2026 21:40:17 | Hayt, Hayt, & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 519860247 | EDI: JEFFERSONCAP.COM | Mar 21 2026 01:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519803581 | + EDI: TSYS2 | Mar 21 2026 01:18:00 | Juniper Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 519836151 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2026 21:50:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519803582 | + EDI: CBS7AVE | Mar 21 2026 01:18:00 | Masseys, PO Box 2822, Monroe, WI 53566-8022 |
| 519803584 | + EDI: CBS7AVE | Mar 21 2026 01:18:00 | Monroe, 1112 7th Ave., Monroe, WI 53566-1364 |
| 519803585 | + EDI: CBS7AVE | Mar 21 2026 01:18:00 | Monroe & Main, PO Box 800849, Dallas, TX 75380-0849 |
| 519813085 | + EDI: CBS7AVE | Mar 21 2026 01:18:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519803590 | EDI: PRA.COM | Mar 21 2026 01:18:00 | Portfolio Recovery Assoc., PO Box 41067, Norfolk, VA 23541 |
| 519827828 | EDI: PRA.COM | Mar 21 2026 01:18:00 | Portfolio Recovery Associates, LLC, c/o AMAZON.COM, POB 41067, Norfolk, VA 23541 |
| 519827794 | EDI: PRA.COM | Mar 21 2026 01:18:00 | Portfolio Recovery Associates, LLC, c/o CARNIVAL, POB 41067, Norfolk, VA 23541 |
| 519827791 | EDI: PRA.COM | Mar 21 2026 01:18:00 | Portfolio Recovery Associates, LLC, c/o JUNIPER, POB 41067, Norfolk, VA 23541 |
| 519827790 | EDI: PRA.COM | Mar 21 2026 01:18:00 | Portfolio Recovery Associates, LLC, c/o WOMAN WITHIN, POB 41067, Norfolk, VA 23541 |
| 519803588 | + EDI: SYNC | Mar 21 2026 01:18:00 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 519803589 | + EDI: SYNC | Mar 21 2026 01:18:00 | PayPal Credit, PO Box 960006, Orlando, FL 32896-0006 |
| 519910496 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 20 2026 21:46:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519808301 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 20 2026 21:48:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519803593 | + Email/PDF: clerical@simmassociates.com | Mar 20 2026 21:50:04 | Simm Associates Inc., PO Box 7526, Newark, DE 19714-7526 |
| 519803594 | ^ MEBN | Mar 20 2026 21:40:19 | State of New Jersey, Division of Taxation, 50 Barrack Street,, Trenton, NJ 08646-0001 |
| 519803596 | + EDI: SYNC | Mar 21 2026 01:18:00 | Synchrony Bank, PO Box 965064, Orlando, FL 32896-5064 |
| 519803631 | + EDI: PRA.COM | Mar 21 2026 01:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519803597 | + EDI: PRA.COM |  |  |

District/off: 0312-1                                    User: admin                                    Page 4 of 5

Date Rcvd: Mar 20, 2026                                Form ID: 148                                Total Noticed: 78

| | | | |
|---|---|---|---|
| | | Mar 21 2026 01:18:00 | Synchrony Bank c/o PRA Receivables Management, PO Box 41021, Norfolk, VA 23541-1021 |
| 519803598 | + EDI: WFCCSBK | | |
| | | Mar 21 2026 01:18:00 | Wells Fargo Bank N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 519803599 | + EDI: WFCCSBK | | |
| | | Mar 21 2026 01:18:00 | Wells Fargo Financial National Bank, PO Box 71118, Charlotte, NC 28272-1118 |
| 519803601 | EDI: WFNNB.COM | | |
| | | Mar 21 2026 01:18:00 | Woman Within, PO Box 659728, San Antonio, TX 78265 |

TOTAL: 58

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519837857 | *+ | Credit Acceptance, PO Box 5070, Southfield, MI 48086-5070 |
| 519803579 | *+ | IRS, P O Box 7346, Philadelphia, PA 19101-7346 |
| 519803580 | *+ | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519803591 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Assoc. LLC, PO Box 41067, Norfolk, VA 23541 |
| 519803575 | ##+ | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Terry Tucker | on behalf of Debtor Christiane Pearl Crespo terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor Bank of America N.A. ecf@powerskirn.com |
| William M.E. Powers | |

District/off: 0312-1                              User: admin                                    Page 5 of 5
Date Rcvd: Mar 20, 2026                       Form ID: 148                               Total Noticed: 78

on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com

William M.E. Powers, III

on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com


TOTAL: 8