UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Andrew B. Finberg, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Order Filed on March 20, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**Christine Pearl Crespo,**

**Debtor(s)'.**

Case No: 23-10019 (JNP)

Hearing Date:  March 20, 2026 at 10:00 a.m.

Judge: Jerrold N. Poslusny, Jr.

Chapter: 13

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following pages number two (2) through (3) is hereby **ORDERED**.

**DATED: March 20, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having considered the motion or certification of Andrew B. Finberg, Chapter 13

Standing Trustee, and any objections filed, it is hereby

ORDERED that:

☒      The debtor(s)' case is hereby DISMISSED.

☐      The debtor(s)' plan is allowed to continue at the regular monthly payment of

$____for a period of _____.  If the debtor(s) should fail to make any future Chapter

13 plan payment for a period of more than thirty (30) consecutive days, the Trustee

shall file a Certification of Default with notice of said Certification to the debtor(s)

and debtor(s)' attorney, if any, and the court shall enter an Order dismissing the

debtor(s)' case.

☐      An Order to Employer to pay the Chapter 13 Trustee shall be prepared and filed

with the Court by the debtor(s) or debtor(s)' attorney, if any, within thirty (30) days

from the date of this Order.

☐      Other:

☒      IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 349(b), this

Court for cause retains jurisdiction over any additional application filed

within 30 days by any administrative claimant for funds on hand with the

Chapter 13 Standing Trustee.

☐      IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue

with the arrears being capitalized through the debtor(s)' plan, and the plan

shall continue at $_____ which represents total receipts applied to plan.

2

❑    IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with a lump sum payment of $____ due within ____ days from the date of this Order.

❑    IT IS FURTHER ORDERERED the Debtor(s)' shall be barred from filing for bankruptcy protection under Chapter 13 for a period of _____ from the date of dismissal of Debtor(s)' case.

❑    IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with tier payments of _____.

❑    This order incorporates a fee application for debtor(s)' attorney in the amount of $_____ pending Court approval.

❑    A status hearing shall be held on _____.

❑    _____.

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 23-10019-JNP

Christiane Pearl Crespo                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                              Page 1 of 2

Date Rcvd: Mar 20, 2026                       Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2026:**

**Recip ID                    Recipient Name and Address**
db                       +   Christiane Pearl Crespo, 5492 Snyder Ave, Millville, NJ 08332-1741

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2026                      Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Terry Tucker | on behalf of Debtor Christiane Pearl Crespo terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |

District/off: 0312-1                        User: admin                                    Page 2 of 2
Date Rcvd: Mar 20, 2026                     Form ID: pdf903                                 Total Noticed: 1

William M.E. Powers
                        on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com

William M.E. Powers, III
                        on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com


TOTAL: 8